**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

RANDY JACKSON,                                                                    PLAINTIFF
#651790B

v.                                        4:20CV01315-JM-JTK

FAULKNER COUNTY DETENTION CENTER                                DEFENDANT

<u>**JUDGMENT**</u>

     Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which

relief may be granted.

     The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying

Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

     IT IS SO ORDERED this 5th day of January, 2021.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1